UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 1:20-cv-01767-NONE-BAM<br><br>**ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 6) |

On March 1, 2021, the parties filed a Stipulation to Permit All Defendants to be Served with the Complaint and File a Responsive Pleading. (Doc. 6.) According to the stipulation, the parties have stipulated and agreed that (1) Defendants agreed to accept service of this lawsuit on February 26, 2021; (2) defense counsel was contacted on or about February 22, 2021, regarding possible representation of all defendants; defense counsel accepted the assignment, but is still awaiting case-related materials from the Defendants and will need to communicate with all individual Defendants involved in the incident at issue in order to properly prepare a responsive pleading to the Complaint; and (3) the time for Defendants to file a responsive is March 19, 2021, which is beyond the date for the parties to file a joint scheduling conference statement under the Court's current scheduling order and the Mandatory Scheduling Conference scheduled for March 16, 2021; Defendants anticipate filing a motion to dismiss. (Doc. 6 at 1-2.) Included in the

parties' stipulation is a request that the Mandatory Scheduling Conference currently set for March 16, 2021, be continued to a later date to be determined by the Court. (*Id.* at 2.)

Having considered the request to continue, and good cause appearing, the Scheduling Conference currently set for March 16, 2021, is HEREBY CONTINUED to **April 21, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least one (1) week prior to the conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference <u>remotely</u> with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **March 2, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE