UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 1:20-cv-01767-NONE-BAM<br><br>**ORDER GRANTING STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 8) |

On March 19, 2021, the parties filed a stipulation pursuant to Federal Rule of Civil Procedure 15(a) to allow for Plaintiff S.M.A., a minor, by his Guardian ad Litem Cedric Alford, to file a First Amended Complaint and to extend all related deadlines, including the Scheduling Conference currently set for April 21, 2021. (Doc. 8.) The parties explain that they met and conferred in advance of the filing of Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendant sent their motion to dismiss to Plaintiff. Following review of the motion to dismiss, Plaintiff requested time to amend the complaint. The parties agreed that Plaintiff may file a First Amended Complaint by April 20, 2021. The parties report that the time for Defendants to file a responsive pleading to the First Amended Complaint would fall beyond the April 21, 2021 date currently set for the Scheduling Conference. As a result, the parties also request that the Scheduling Conference be continued.

Having considered the parties' stipulation, and good cause appearing, the request for leave to file a First Amended Complaint and to continue the Scheduling Conference is GRANTED. Plaintiff shall file a First Amended Complaint on or before **April 20, 2021**. The Scheduling Conference currently set for April 21, 2021, is continued to **June 16, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least one (1) full week prior to the conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference <u>remotely</u> with each party connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **March 25, 2021**                      /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

2