UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, RYAN MCCAY, MARLA MACK and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01767-JLT-BAM<br><br>**[PROPOSED] ORDER re STIPULATION TO PERMIT PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND SET DEFENDANTS' TIME TO RESPOND** |

Before the Court is Plaintiff S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD, ("Plaintiff") and Defendants MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, RYAN MCCAY, MARLA MACK (collectively "Defendants") *Stipulation to Permit Plaintiff to File a Third Amended Complaint and Set Defendants' Time to Respond*. (Doc. 35.)

The parties explain that they met and conferred in advance of the filing of Defendants' contemplated Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (*Id.*) On March 1, 2023, the parties agreed that Plaintiff could amend his Second Amended Complaint to avoid motion practice. (*Id.*)

Having considered the parties' stipulation submission, and upon good cause appearing, the parties' request for leave to file a Third Amended Complaint is GRANTED. Plaintiff S.M.A. shall file a Third Amended Complaint on or before March 27, 2023. Defendants shall respond to Plaintiff's Third Amended Complaint within twenty-one (21) days thereafter.

IT IS SO ORDERED.

Dated: **March 6, 2023**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I Street, Suite 1
Modesto, CA 95354

2

[PROPOSED] ORDER re STIPULATION TO PERMIT THIRD AMENDED COMPLAINT