McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I STREET, SUITE 1
MODESTO, CA 95354

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, RYAN MCCAY, MARLA MACK and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01767-JLT-BAM<br><br>[PROPOSED] ORDER re STIPULATION TO PERMIT PLAINTIFF TO FILE A FOURTH AMENDED COMPLAINT AND SET DEFENDANTS' TIME TO RESPOND |

Before the Court is Plaintiff S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD, ("Plaintiff") and Defendants MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, RYAN MCCAY, MARLA MACK (collectively "Defendants") *Stipulation to Permit Plaintiff to File a Fourth Amended Complaint and Set Defendants' Time to Respond*.

On March 28, 2023, Plaintiff filed his Third Amended Complaint. (Doc. 39.) The parties thereafter engaged in a good faith meet and confer process regarding Defendants' contemplated Fed. R. Civ. P. 12(b)(6) motion to dismiss the Third Amended Complaint. (Doc. 40 at 2.) The parties reached an agreement on April 12, 2023 to permit Plaintiff to amend his Third Amended Complaint in advance of Defendants' deadline to respond to the Third Amended Complaint on April 17, 2023.

1

[PROPOSED] ORDER re STIPULATION TO PERMIT FOURTH AMENDED COMPLAINT

(*Id.*)

Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.  To the extent necessary, the Court grants Plaintiff SMA leave to file a Fourth Amended Complaint on or before May 12, 2023.  Defendants shall respond to Plaintiff's Fourth Amended Complaint within twenty-one (21) days of Plaintiff SMA filing his Fourth Amended Complaint.

IT IS SO ORDERED.

Dated: __April 17, 2023__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
1125 I Street, Suite 1
Modesto, CA 95354

2

[PROPOSED] ORDER re STIPULATION TO PERMIT FOURTH AMENDED COMPLAINT