McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
*Matthew K. Hawkins, #131117*
  matt.hawkins@mccormickbarstow.com
Laura A. Wolfe, #266751
  laura.wolfe@mccormickbarstow.com
1125 I Street, Suite 1
Modesto, California 95354
Telephone:  (209) 524-1100
Facsimile:  (209) 524-1188

Attorneys for Defendants Modesto City School District, Sean Davis, Michael Coats, Brian Bergerson, Ryan McCay, Marla Mack

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| S.M.A., a Minor, by his Guardian ad Litem CEDRIC ALFORD,<br><br>Plaintiffs,<br><br>v.<br><br>MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, MARLA MACK and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01767-JLT-BAM<br><br>**STIPULATION TO EXTEND TIME TO ANSWER FOURTH AMENDED COMPLAINT (L.R. 144) AND [PROPOSED] ORDER** |

TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:

On April 14, 2023, the parties filed a stipulation providing that Plaintiff had until May 12, 2023 to file his Fourth Amended Complaint. (ECF Doc. 40.) The Court granted the Stipulation and ordered that Defendants file a responsive pleading to the Fourth Amended Complaint within twenty-one (21) days. (ECF Doc. 41.)

The parties now seek the Court's approval to extend Defendants' time to file their Answer to the Fourth Amended Complaint up to and including June 16, 2023. This is the first extension of time Defendants have requested to prepare an answer to the Fourth Amended Complaint.

Defendants seek this extension given the short time in which they were to prepare their responsive pleading after Plaintiff filed his Fourth Amended Complaint, the number of allegations made in the Fourth Amended Complaint, and the number of Defendants who need to review and provide input into the admissions/denials contained in the Answer. Additionally, this time of year is especially busy for Defendants who are school administrators/teachers with end of the school year activities which have made it difficult to direct their attention to the Answer.

IT IS SO STIPULATED.

Dated: June 2, 2023   LAW OFFICES OF FRANK M. PACHECO

By: /s/ Frank M. Pacheco
FRANK M. PACHECO
Attorneys for Plaintiff

Dated: June 2, 2023   McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Laura A. Wolfe
Matthew K. Hawkins
Laura A. Wolfe
Attorneys for Defendants Modesto City School District, Sean Davis, Michael Coats, Brian Bergerson, and Marla Mack

ORDER

In accordance with the forgoing stipulation, and good cause appearing, Defendants' time to file their Answer to the Fourth Amended Complaint is extended up to and including June 16, 2023.

IT IS SO ORDERED.

Dated: **June 5, 2023**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
1125 I STREET, SUITE 1
MODESTO, CA 95354

2
STIPULATION TO EXTEND TIME TO ANSWER FOURTH AMENDED COMPLAINT (L.R. 144); [PROPOSED] ORDER