UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL ALFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>MODESTO CITY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.  1:20-cv-01767-JLT-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION** |

On July 12, 2023, the Court directed Plaintiff S.M.A., who is no longer a minor, to file either: (1) a status report indicating no objection to proceeding by his name; or (2) a motion to proceed by pseudonym.  (Doc. 48.)  On July 24, 2023, Plaintiff filed a status report indicating that he does not object to proceeding in this case by his full name, Samuel Michael Alford.  (Doc. 51.)  Accordingly, the Clerk of the Court is directed to amend the caption in this matter to reflect Samuel Michael Alford as the sole plaintiff.

IT IS SO ORDERED.

Dated: __**July 26, 2023**__      /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1