McCormick, Barstow, Sheppard, Wayte & Carruth LLP
Matthew K. Hawkins, #131117
  matt.hawkins@mccormickbarstow.com
Laura A. Wolfe, #266751
  laura.wolfe@mccormickbarstow.com
1125 I Street, Suite 1
Modesto, California 95354
Telephone:   (209) 524-1100
Facsimile:   (209) 524-1188

Attorneys for Defendants MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, and MARLA MACK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL MICHAEL ALFORD, <br><br> Plaintiff, <br><br> v. <br><br> MODESTO CITY SCHOOL DISTRICT, SEAN DAVIS, MICHAEL COATS, BRIAN BERGERSON, MARLA MACK and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 1:20-cv-01767-KJM-KJN <br><br> **ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION** |

## **PROTECTIVE ORDER**

The parties to this case agree that during the course of discovery, certain information requested by the parties in the above-entitled action may contain information that may be considered: (a) confidential, sensitive, or potentially invasive of an individuals' privacy interests; (b) not generally known; or (c) in violation of HIPAA, and if disclosed to third parties, could require such third parties to maintain the information in confidence, including documents that may consist of or contain medical records, personnel information, identities of other care facility residents, or other confidential.

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

1    In order to protect confidential information obtained by the parties in connection with this
2 case, the parties, by and through their respective counsel and subject to approval of the court agree
3 as follows:
4    Documents produced by parties to this action, are subject to this Protective Order.
5    Protected Information under this Protective Order may only be Disclosed to the following
6 persons:
7        a)    Counsel for the parties;
8        b)    Paralegal, clerical, and secretarial personnel regularly employed by counsel
9 referred to in subpart (a) directly above, including stenographic deposition reporters or
10 videographers retained in connection with this action;
11        c)    The Court, Court personnel and the finder of fact engaged in proceedings as
12 are necessarily incidental to the preparation for the trial, any motions thereto and the trial of the
13 Action, subject to the Court's rulings on motions and objections of counsel;
14        d)    Any expert or consultant retained in connection with this action but only to
15 the extent reasonably necessary to assist or advise counsel for that party, or as necessary while
16 testifying under oath in the Action;
17        e)    Any third party administrator or insurance carrier for the defendants; and
18        f)    The parties, to the extent reasonably necessary to assist their counsel in this
19 litigation or for their counsel to advise them with respect to the litigation.
20    This Stipulation is not applicable to information that is received through other sources at any
21 time.
22    After the conclusion of the Action, all disclosed information, in whatever form stored or
23 reproduced, shall be destroyed to the extent allowed by law. However, counsel may retain the
24 documents for archival purposes. The conclusion of the Action means the entry of a dismissal of the
25 Action or a termination of the Action following applicable post-trial motions, appeal, and/or retrial.
26 The parties will also take all reasonable and necessary steps to ensure that persons to whom they
27 disclose another party's Protected Information destroy or return the Protected Information to the
28 producing party.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION

This Protective Order shall be in effect until further order of this Court.

Dated: March 21, 2024                    LAW OFFICES OF FRANK PACHECO

                                         By: _____/s/ Frank M. Pacheco_____
                                             Frank M. Pacheco
                                             Attorney for Plaintiff


Dated: March 21, 2024                    McCORMICK, BARSTOW, SHEPPARD,
                                              WAYTE & CARRUTH LLP


                                         By: _____/s/ Matthew K. Hawkins_____
                                             Matthew K. Hawkins
                                             Attorneys for Defendants

**ORDER**

The court has reviewed the parties' stipulated protective order. (See ECF No. 58.) The stipulation comports with the relevant authorities and the court's applicable local rule. See L.R. 141.1. The court APPROVES the protective order, subject to the following clarification. The Local Rules state that once an action is closed, "unless otherwise ordered, the court will not retain jurisdiction over enforcement of the terms of any protective order filed in that action." L.R. 141.1(f); see also, e.g., MD Helicopters, Inc. v. Aerometals, Inc., 2017 WL 495778 (E.D. Cal., Feb. 03, 2017) (noting that courts in the district generally do not agree to retain jurisdiction for disputes concerning protective orders after closure of the case). Thus, the court will not retain jurisdiction over this protective order once the case is closed. IT IS SO ORDERED.

Dated: March 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,mode.1767